UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
SELVIN BLANCO, LEA CALEDONIO MORALES,       18-CV-05962 (SJF)(GRB)
JOSE FLORES, ROSA FERNANDEZ, BRENDA
RIVAS, and BERTA SORTO ESCOBAR,

                        Plaintiffs,

    -against-

ULTRA SONIC RVC, INC. and DONALD GELESTINO,

                        Defendants.
---------------------------------------------------------------------------X

MOTION FOR SETTLEMENT APPROVAL OF A FAIR LABOR STANDARDS ACT CASE

       Plaintiffs, SELVIN BLANCO, LEA CALEDONIO MORALES, JOSE FLORES, ROSA FERNANDEZ, BRENDA RIVAS, and BERTA SORTO ESCOBAR, by and through their counsel of record, moves this Honorable Court for an Order:

1. Approving the settlement of this action; and
2. Dismissing this action with prejudice.

This motion is based on the Memorandum in Support and the fully executed settlement agreement.

Dated: Massapequa, New York
        November 15, 2019

                                             Respectfully submitted,

                                             _____
                                             Keith E. Williams, Esq.
                                             Neil H. Greenberg & Associates, P.C.
                                             *Attorneys for the Plaintiff*
                                             4242 Merrick Road
                                             Massapequa, New York 11758
                                             Tel: 516.228.5100
                                             keith@nhglaw.com